UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA BRYANT, | : | |
| Petitioner, | : | |
| v. | : | No. 2:16-mc-00205 |
| CITY OF PHILADELPHIA, | : | |
| Respondent. | : | |

**O R D E R**

And now, this 16th day of December, 2016, for the reasons set forth in the accompanying Memorandum Opinion issued this day, **IT IS ORDERED** as follows:

1. Petitioner Barbara Bryant's amended "Emergency Demand for Specific Performance to Compel Inferior Court to Uphold Constitution and Reverse Unlawful Tax Sale in Violation of Federal Law Title 15 usc 1692 G and 11th Amendment," ECF No. 4, is **DENIED**.

2. Bryant's Petition to Compel Lower Court to Uphold Constitution and Stay Tax Sale, ECF No. 1, is **DISMISSED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge